# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Mark A Norvell, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 12-3026-CV-S-JTM |
| Carolyn W. Colvin, | ) |
| Defendant. | ) |

## O R D E R

Pending before the Court is the *Defendant's Motion to Reverse and Remand With Suggestions in Support,* filed March 14, 2013 [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Commissioner in her motion, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for further action consistent with that set forth by the Commissioner in her motion.

                                               */s/ John T. Maughmer*
                                               JOHN T. MAUGHMER
                                               U. S. MAGISTRATE JUDGE