IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| Mark A. Norvell, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-3026-CV-S-JTM |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed May 8, 2013 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed May 8, 2013 [Doc. 17] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $3,492.00.

 */s/ John T. Maughmer*
**John T. Maughmer
United States Magistrate Judge**